UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-mj-03305-Louis</u>

UNITED STATES OF AMERICA

vs.

ERIC LIN,

     Defendant.

_____/

## MOTION TO UNSEAL

COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests that the Cover Sheet, Criminal Complaint, Affidavit, Arrest Warrant, this Motion to Seal, and the sealing Order in the above referenced matter be unsealed as the defendant in this matter was arrested on August 16, 2019, in Seattle, Washington, in the Western District of Washington ("WDWA"). *See* WDWA Docket, attached herein as Exhibit A. The defendant made his initial appearance in the Western District of Washington on August 19, 2019, at which time the Criminal Complaint was unsealed in that district.

                                                        Respectfully submitted,

                                                        ARIANA FAJARDO ORSHAN
                                                        UNITED STATES ATTORNEY

                              By: _____
                                           Maria K. Medetis
                                           Assistant United States Attorney
                                           Fla. Bar No. 1012329
                                           99 NE 4th Street, 8th Floor
                                           Miami, Florida 33132
                                           Tel: (305) 961-9010
                                           Maria.Medetis@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-mj-03305-Louis</u>

UNITED STATES OF AMERICA

vs.

ERIC LIN,

    Defendant.
_____/

<u>Exhibit A</u>

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CRIMINAL DOCKET FOR CASE #: 2:19-mj-00386-MLP All Defendants

Case title: USA v. Lin
Other court case number: 19-MJ-03305-Louis Southern District of Florida - Miami

Date Filed: 08/19/2019

---

Assigned to: Hon. Michelle L. Peterson

**Defendant (1)**

**Eric Lin**     represented by     **Gregory Geist**
FEDERAL PUBLIC DEFENDER'S OFFICE (SEA)
1601 5TH AVE
STE 700 WESTLAKE CENTER OFFICE TOWER
SEATTLE, WA 98101
206-553-1100
Email: gregory_geist@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:875(c) Interstate Transmission of Threatening Communications | |

**Plaintiff**

USA     represented by **William Kennelly Dreher**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email: william.dreher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2019 | 1 | CHARGING DOCUMENT RECEIVED FROM the Southern District of Florida as to Eric Lin (EN) (Entered: 08/19/2019) |
| 08/19/2019 |  | Arrest of Eric Lin on 8/19/2019. (EN) (Entered: 08/19/2019) |
| 08/19/2019 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER appointing Gregory Geist for Eric Lin. On the basis of the defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel. It is hereby ORDERED that the Federal Public Defender for the Western District of Washington be and hereby is appointed to represent the defendant pursuant to Title 18 United States Code 3006A. Approved by Hon. Michelle L. Peterson. *(No.pdf image attached)* (EN) (Entered: 08/19/2019) |
| 08/19/2019 | 4 | Minute Entry for proceedings held before Hon. Michelle L. Peterson- CRD: *E. Nero*; AUSA: *William Dreher*; Def Cnsl: *Gregory Geist*; PTS: *Ben Beetham*; Court Reporter: *Digital Recording*; Time of Hearing: *2:00pm*; Courtroom: *12B*; **INITIAL APPEARANCE IN RULE 5(c)(3) PROCEEDINGS** as to Eric Lin held on 8/19/2019. Defendant present in custody. Defendant advised of rights. Financial affidavit reviewed, Counsel appointed. Defendant advised of charge and penalties from the Southern District of Florida. Government moves for detention. Counsel requests a detention hearing/identity hearing and a preliminary hearing. Hearings scheduled. Defendant remanded to custody.<br><br>Detention and Identity Hearing set for 8/26/2019 at 10:45 AM in Courtroom 12B before Hon. Michelle L. Peterson. Preliminary Examination set for 9/3/2019 at 01:00 PM in Courtroom 12B before Judge John L Weinberg. (EN) (Entered: 08/19/2019) |
| 08/19/2019 | 5 | MOTION for Detention by USA as to Eric Lin (EN) (Entered: 08/19/2019) |
| 08/22/2019 | 7 | NOTICE OF RESCHEDULED HEARING as to Eric Lin.<br>At the request of defense counsel, with no objection from the Government, and for good cause shown, the Detention and Identity Hearing is reset for 9/3/2019 at 10:00 AM in Courtroom 12B before John L Weinberg. (TF) (cc: USPO, PTS, USMO) (Entered: 08/22/2019) |

| 08/27/2019 | 8 | NOTICE OF RESCHEDULED HEARING TIME as to Eric Lin (cc: USPO, PTS, USMO)<br>The Hearing time has been changed: Preliminary Examination set for 9/3/2019 at 10:00 AM in Courtroom 12B before Judge John L Weinberg. (AE) (Entered: 08/27/2019) |
| --- | --- | --- |
| 09/03/2019 | 10 | Minute Entry for proceedings held before Judge John L Weinberg- CRD: *A. Elkington*; AUSA: *William Dreher*; Def Cnsl: *Gregory Geist*; PTS: *Jerrod Akins*; Court Reporter: *Digital Recording*; Time of Hearing: *10:00*; Courtroom: *12B*; **DETENTION HEARING** as to Eric Lin held on 9/3/2019. Defendant present in custody. Court reviews record. Government provides information of a returned Indictment in the Southern District of Florida, however, due to Hurricane conditions in Florida and Court closures a copy has not been provided to WAWD. Parties requests matter be set over for a R5 status hearing but to move forward with a detention hearing today - GRANTED. Pretrial services report (filed under seal) reviewed, recommends detention. Government presents argument for detention. Defense counsel argues for release. Defendant ORDERED detained. Defendant remanded to custody. R5 Status Hearing set for 9/9/2019 at 09:30 AM in Courtroom 12B before Hon. Brian A Tsuchida. (AE) (Entered: 09/03/2019) |
| 09/03/2019 | 11 | DETENTION ORDER as to Eric Lin by Judge John L Weinberg. (cc: PTS, USMO) (AE) (Entered: 09/03/2019) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/04/2019 07:34:58 | | | |
| **PACER Login:** | du8648:3330221:4299065 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:19-mj-00386-MLP |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |