**Aug 29, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**19-20551-CR-MORENO/LOUIS**
CASE NO. _____

18 U.S.C. § 875(c)

**UNITED STATES OF AMERICA**

vs.

**ERIC LIN,**
    a/k/a "Jake Howard,"
    a/k/a "Eric A Schopenhauer,"

    **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about June 7, 2019, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure

the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I.,

the defendant stated in part, "In 3 short years your entire Race your entire culture will perish only

then after I kill your Spic family will I permit you to Die by Hanging on Metal Wire," in

violation of Title 18, United States Code, Section 875(c).

### COUNT 2

On or about June 8, 2019, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I., the defendant stated in part, "I'm coming to Rape and kill you.  I tried to be Nice but you only see that as weakness," in violation of Title 18, United States Code, Section 875(c).

## COUNT 3

On or about June 11, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I., the defendant stated in part, "I will stop at Nothing until you, your family, your friends,, your entire WORTHLESS LATIN RACE IS RACIALLY EXTERMINATED!", in violation of Title 18, United States Code, Section 875(c).

## COUNT 4

On or about June 12, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I.,

the defendant stated in part, "How about we play a Real World GAME of Thrones. You lose and I cut you at your knees watch you bleed before I cut your tongue out shove it up your cunt and then decapitate that American hating Spic head of yours!", in violation of Title 18, United States Code, Section 875(c).

## COUNT 5

On or about July 12, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I., the defendant stated in part, "I look forward to cutting you at your knees Spaniard and then cutting out your Heart and drinking every last drop of blood from your Veins then eating your Flesh like eating a Steak," in violation of Title 18, United States Code, Section 875(c).

## COUNT 6

On or about July 15, 2019, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ERIC LIN,**
**a/k/a "Jake Howard,"**
**a/k/a "Eric A Schopenhauer,"**

did knowingly transmit in interstate commerce a communication containing any threat to injure the person of another, that is C.I., in that in a Facebook message sent through the Internet to C.I., the defendant stated in part, "I will Cut you open and Drink your Blood Until you Die!  YOU

PIECE OF AMERICAN HATING SHIT!", in violation of Title 18, United States Code, Section 875(c).

## FORFEITURE ALLEGATIONS

1.     The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for alleging criminal forfeiture to the United States of America of certain property in which the defendant, **ERIC LIN, a/k/a "Jake Howard," a/k/a "Eric A Schopenhauer,"** has an interest.

2.     Upon conviction of a violation of Title 18, United States Code, Section 875, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any property, real or personal, which constitutes or is derived from proceeds traceable to such violation.

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures outlined in Title 21, United States Code, Sections 853.

TRUE BILL

_____
FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

MARIA K. MEDETIS
ASSISTANT UNITED STATES ATTORNEY

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO. _____

vs.
                                            **CERTIFICATE OF TRIAL ATTORNEY\***
**ERIC LIN,**
    a/k/a "Jake Howard,"
    a/k/a "Eric A Schopenhauer,"

        **Defendant.**
_____/        **Superseding Case Information:**

**Court Division:** (Select One)            New Defendant(s)      Yes _____  No _____
                                            Number of New Defendants _____
Miami  _X_      Key West _____            Total number of counts _____
FTL ____    WPB _____  FTP _____

        I do hereby certify that:

1.      I have carefully considered the allegations of the indictment, the number of defendants, the number of probable
        witnesses and the legal complexities of the Indictment/Information attached hereto.

2.      I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in
        setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C.
        Section 3161.

3.      Interpreter:      (Yes or No)      __No__
        List language and/or dialect      _____

4.      This case will take      __3__      days for the parties to try.

5.      Please check appropriate category and type of offense listed below:

        (Check only one)                    (Check only one)

I       0  to  5 days          __X__        Petty      _____
II      6  to 10 days          _____       Minor      _____
III     11 to 20 days          _____       Misdem.    _____
IV      21 to 60 days          _____       Felony     __X__
V       61 days and over       _____

6.      Has this case been previously filed in this District Court?  (Yes or No)      __No__
If yes:
Judge: _____  Case No. _____
        (Attach copy of dispositive order)

Has a complaint been filed in this matter?   (Yes or No)      __Yes__
If yes:
Magistrate Case No.                          19-mj-03305-Louis
Related Miscellaneous numbers:               _____

Defendant(s) in federal custody as of        August 16, 2019
Defendant(s) in state custody as of          _____

Rule 20 from the District of                 _____
Is this a potential death penalty case? (Yes or No)      __No__

7.      Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to
        October 14, 2003? _____Yes      __X__  No

8.      Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to
        September 1, 2007? _____Yes      __X__  No

                                _____
                                MARIA K. MEDETIS
                                ASSISTANT UNITED STATES ATTORNEY
                                Florida Bar No. 1012329

\*Penalty Sheet(s) attached

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name**: ERIC LIN, a/k/a "Jake Howard," a/k/a "Eric A Schopenhauer," _____

**Case No**: _____

Counts #: 1-6
Interstate Transmission of Threatening Communications _____

Title 18, United States Code, Section 875(c) _____

**\*Max. Penalty:** 5 Years' Imprisonment

Counts #:
_____

_____

**\* Max. Penalty**:

Count #:
_____

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**