UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20551-CR-MORENO**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**
vs.

**ERIC LIN,**

    **Defendant.**

_____

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this matter has been **SET** for a

### CHANGE OF PLEA HEARING

### TUESDAY, JANUARY 14, 2020 at 1:45 p.m.

before the Honorable **FEDERICO A. MORENO,** United States District Judge, in Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

Dated: 01/09/2020

                                  **ANGELA NOBLE**
                                  CLERK OF COURT

cc:

AUSA:
All counsel of record

                                  By: _____
                                       **SHIRLEY CHRISTIE**
                                       Courtroom Deputy