UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20551-CR-MORENO/LOUIS

UNITED STATES OF AMERICA

v.

ERIC LIN,
    a/k/a "Jake Howard,"
    a/k/a "Eric A Schopenhauer,"

        Defendant.
_____/

## STIPULATED FACTUAL BASIS

The United States and ERIC LIN, a/k/a "Jake Howard, a/k/a "Eric A Schopenhauer," ("the defendant") hereby stipulate and agree that had this matter proceeded to trial, the United States would have offered evidence and testimony to establish the following factual basis beyond a reasonable doubt:

On or about July 24, 2019, the Federal Bureau of Investigation ("FBI") received information from the City of Miami Police Department that an individual, hereinafter referred to by his/her initials as "C.I." or "the victim," received threatening messages on his/her Facebook account through the direct message or "DM" function from two Facebook accounts with the screen names "Jake Howard" and "Eric A Schopenhauer," hereinafter, collectively, the "Target Accounts."

Subsequently, the FBI interviewed the victim, who resides in Miami-Dade County in the Southern District of Florida. During the interview, the victim provided law enforcement with hard copy print outs of the messages received from the Target Accounts. The printed messages totaled over 150 pages and contained threats to injure and/or kill the victim, the victim's family members,

and all Hispanics. The messages also contained pro-Hitler and anti-Hispanic statements. In the messages from the Target Accounts the sender called for the "extermination" of all Hispanics as well as other racial and ethnic groups. Notably, the victim is from Spain.

Based on the substance of the messages, the victim informed the FBI that he/she believed the messages came from an individual she knew as Eric LIN, who frequented the victim's place of work, a restaurant in Key Biscayne. She believed the messages came from Eric LIN because Eric LIN's statements at the restaurant were similar in content to the Facebook messages sent by the Target Accounts to the victim. In particular, both his statements in the restaurant and the messages from the Target Accounts discussed mass shootings and idolization of Adolf Hitler. The victim further advised law enforcement that the messages from the Target Account caused him/her to fear for his/her life and the lives of his/her family members.

The investigation, which included search warrants to Facebook Inc. for the contents of the Target Accounts, revealed that both accounts were linked to LIN, as follows:

1. The username registered to the Facebook screen name "Eric A Schopenhauer is "Eric.a.lin.31149," and associated with telephone number ending in 6072.

2. The username registered to the Facebook screen name "Jake Howard" is Jake.howard.3154 and associated with the telephone number ending in 6072.

3. The number ending in 6072 is an AT&T cellular telephone number registered to LIN's father. However, law enforcement linked this telephone number to LIN by calling the number on August 13, 2019, and asking for LIN. The individual who answered the identified himself as Eric LIN and provided the same date of birth as that which appears on LIN's driver's license.

A review of the contents of the Target Accounts revealed the LIN sent hundreds of messages to the victim via DM and that many of those messages contained threats to kill the victim, the victim's family members, and generally all Hispanics. LIN began sending messages to the victim on May 30, 2019, and stopped sending messages on or about August 14, 2019. The May 30, 2019, message from LIN contained a photograph of LIN with a filter of Adolf Hitler superimposed on LIN's face, stating "Composite of My Face with the Führer und Reichskanzler Deutscheland…." The threatening messages that the defendant sent to the victim included the following (all messages included in this factual basis are copied as is from the defendant's Facebook accounts, to include typographical errors):

1. On or about June 7, 2019, the defendant, using the "Jake Howard" Facebook account, sent the following message to the victim: "In 3 short years your entire Race your entire culture will Perish only then after I kill your Spic family will I permit you to Die by Hanging on Metal Wire."

2. On or about June 8, 2019, the defendant, using the "Jake Howard" Facebook account, sent the following message to the victim: "I'm coming to Rape and kill you. I tried to be Nice but you only see that as weakness."

3. On or about June 11, 2019, the defendant, using the "Jake Howard" Facebook account, sent the following message to the victim: "I will stop at Nothing until you, your family, your friends,, your entire WORTHLESS LATIN RACE IS RACIALLY EXTERMINATED!"

4. On or about June 12, 2019, the defendant, using the "Jake Howard" Facebook account, sent the following message to the victim: "You're always talking about Game of Thrones. How about we pay a Real Word GAME of Thrones. You lose

      and I cut you at your knees watch you bleed before I cut your tongue an shove it up your cunt and then decapitate that American hating Spic head of yours!"

5. On or about July 12, 2019, the defendant, using the "Eric A Schopenhauer" Facebook account, sent the following message to the victim: "I look forward to cutting you at your knees Spaniard and then cutting out your Heart and drinking every last drop of blood from your Veins then eating your Flesh like eating Steak."

6. On or about July 15, 2019, the defendant, using the "Jake Howard" Facebook account, sent the following message to the victim: "I will Cut you open and Drink your Blood Until you Die! YOU PIECE OF AMERICAN HATING SHIT!"

The messages continued in this fashion through August 14, 2019.

On or about August 16, 2019, the defendant was arrested in Seattle, Washington. After waiving his *Miranda* rights in writing, the defendant admitted in a video-recorded statement that the "Jake Howard" and "Eric A Schopenhauer" accounts were his and that he used them to send messages to the victim, "C.I.," threatening to kill him/her.

The above-described threatening communications were transmitted in interstate commerce as follows: according to cell cite location information for the defendant's cell phone ending in 6072, the threats dated June 7 and 8, 2019, were sent by the defendant while the defendant was still located in the Southern District of Florida. However, Facebook does not have servers in Florida, accordingly, the messages had to travel outside the state of Florida, to Facebook servers before they reached the victim in the Southern District of Florida. Accordingly, those two communications traveled in interstate commerce before reaching the victim in the Southern District of Florida. As for the remaining threatening communications dated June 11 and 12, 2019, and July 12 and 15, 2019, cell cite records for the defendant's cell phone ending in 6072 show that

the defendant was outside the state of Florida when the messages were sent to the victim. Accordingly, those four messages traveled in interstate commerce before reaching the victim in the Southern District of Florida. Additionally, all of the threatening communications discussed above were transmitted through the Internet, which is an instrumentality of interstate commerce.

The United States and the Defendant agree that this Stipulated Factual Basis, while not containing all facts known to the United States, is sufficient to satisfy all of the elements establishing the guilt of the Defendant to the crime charged in Count 4 of the Indictment, that is, knowingly transmitting in interstate commerce a communication to injure the person of another, that is victim "C.I.," in violation of Title 18, United States Code, Section 875(c).

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 1/14/2020     By: _____
                        MARIA K. MEDETIS
                        ASSISTANT UNITED STATES ATTORNEY

Date: 1/14/2020     By: _____
                        CHRISTIAN DUNHAM
                        ATTORNEY FOR DEFENDANT

Date: 1/14/2020     By: _____
                        ERIC LIN
                        DEFENDANT