**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20551-CR-MORENO**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**ERIC LIN,**

**Defendant.**

**________________________________/**

## AMENDED ORDER RESETTING SENTENCING

PLEASE TAKE NOTICE that this matter comes before the Court *sua sponte.*

A sentencing hearing is presently set for **Thursday, April 23, 2020 at 9:45 a.m.** It is

**ORDERED and ADJUDGED** that the supervised release hearing is **RESET** for **TUESDAY, June 23, 2020 at 9:45 a.m.** before the Honorable Federico A. Moreno, United States District Judge, in Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida 33128.

DONE and ORDERED in Miami-Dade County Florida this 14th day of April 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation