UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
VTC Sentencing Minutes for Hon. Federico A. Moreno

DATE **06/23/2020** DEFT **ERIC LIN** CASE NO. **19-20551-CR-MORENO**

REPORTER **Gilda Pastor-Hernandez** CLERK **Shirley Christie**

AUSA Jonathan Kobrinski DEFT. COUNSEL Christian Dunham, AFPD

USPO Jamie Johnson INTERPRETER N/A

( ) Deft. failed to appear – WARRANT ISSUED. Bond forfeited.

( ) Sentencing continued until ___.

(xxx ) JUDGMENT AND SENTENCE

**Imprisonment:** **60 months**

(xxx) **Custody of Defendant**

(xxx) Remanded to the United States Marshal

( ) Voluntary Surrender to (designated institution or U.S. Marshal) on

(xxx)Commitment recommendation: BUTNER

**Supervised Release:** 3 years (In addition to standard conditions: 1) no contact with victim or victim's family 2) no access to internet during period of supervised release

**Assessment:** $100.00

**Other: (Fine, restitution, etc.)** N/A

**(xxx) Additional comments:**

COURT TIME: 31 minutes