**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-20551-CR-MORENO**

**UNITED STATES OF AMERICA**

**v.**

**ERIC LIN,**
**Defendant.**
_________________________________/

**Motion to Dismiss Remaining Counts**

In accordance with the Plea Agreement in this case [ECF No. 19], the United States Attorney for the Southern District of Florida moves to dismiss the remaining counts (1, 2, 3, 5, & 6) of the indictment against the above-named defendant.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _________________________________
JONATHAN KOBRINSKI
Assistant United States Attorney
Court ID. No A5501893
99 NE 4th Street 4th Floor
Miami, FL 33132
Telephone: (305) 961-9074
E-Mail: Jonathan.Kobrinski@usdoj.gov

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: ____________

_________________________________
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 24, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF.

*s/ Jonathan Kobrinski*
Jonathan Kobrinski
Assistant United States Attorney