UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20551-CR-MORENO

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ERIC LIN,

Defendant.

_______________________________/

**ORDER GRANTING MOTION TO DISMISS REMAINING COUNTS**

THIS CAUSE came before the Court upon government's motion to dismiss remaining counts **[D.E. #35]** and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that said motion is **GRANTED.**

DONE and ORDERED in Miami-Dade County Florida this 26th day of June 2020.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record
U.S. Probation