**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-CR-20551-FAM**

**UNITED STATES OF AMERICA**

**v.**

**ERIC LIN,**

**Defendant.**

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On June 29, 2020, the Court entered a Judgment, ECF No. 36, directing the United States to file a preliminary order of forfeiture within three days. The United States is not pursuing federal judicial forfeiture at this time.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: */s/ Peter A. Laserna*
Peter A. Laserna
Assistant United States Attorney
Court ID No. A5502555
peter.laserna@usdoj.gov
U.S. Attorney's Office
99 Northeast Fourth Street, 7th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9030
Facsimile: (305) 536-4089