UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-20101-DIMITROULEAS
(19-20551-CR-DIMITROULEAS)

ERIC LIN,

Movant,

v.

UNITED STATES OF AMERICA,

Respondent.
______________________________/

**OMNIBUS ORDER CANCELLING EVIDENTIARY HEARING; REQUESTING RESPONSE ON DISMISSING 2255 MOTION**

This Cause is before the Court on Movant Lin's February 26, 2021 *pro se* letter requesting a cancellation of the evidentiary hearing and a voluntary dismissal of his 2255 motion [DE-16].

Counsel has been appointed to represent Lin. The Court will cancel the evidentiary hearing set for April 2, 2021. However, the Court defers ruling for five (5) days to await a response from either counsel as to why the Court should not dismiss the 2255 motion as withdrawn. A failure to respond will result in this court dismissing the motion and closing the case.

The Clerk is DIRECTED to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

cc:
Eric Lin
49523-086
Miami FDC
Federal Detention Center
Inmate Mail/Parcels
Post Office Box 019120
Miami, FL 33101
PRO SE

Maria K. Medetis, AUSA

Richard Della Fera, Esq.
500 E. Broward Blvd. #1710
Ft. Lauderdale, FL. 33394

Clerk of Court