United States of America
v.
Eric LiN
Movant

United States District Court
Southern District of Florida

Case No. 21-20101-Dimitrouleas
(19-20551-CR-Dimitrouleas

Comes now, Eric LiN, Movant pro se, in the above styled and numbered cause, and respectfully submits a motion to recover seized property. I request the Court compel the government to provide movant Eric LiN with a copy of the inventory list for all personal property seized in Eric LiN's federal case # 19-20551-CR-Dimitrouleas. Mr. LiN's cash, wallet, cell phone, laptops, and other possible items were seized. Mr. LiN has not had the opportunity to view the inventory list for the personal property seized in his federal case.

Respectfully submitted,

FILED BY ecs D.C.
SEP 27 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

By: s/Eric Lin date 9/3/21

Eric LiN, Pro Se
#49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Name: Eric Lin Number: 49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

Research Triang... 23 SEP 2021 PM 6 L

Judge Dimitrouleas Case No: 19-20551-CR-Dimitrouleas
United States District Court
Southern District of Florida
Office of the Clerk
701 Clematis Street, Room 202
West Palm Beach, FL 33401

33401-511352