UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC LIN , CASE NO. 19-20551-CR-DIMITROULEAS

Movant,

vs.

UNITED STATES OF AMERICA,

Respondent.
_______________________________________/

**O R D E R**

THIS CAUSE is before the Court on Eric Lin's *pro se* Request to Recover Seized Property [DE-46], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for five (5) days to await a response from the Government.

The Clerk shall mail a copy of this order to Mr. Lin.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of September, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Eric Lin, Pro Se, #49523-086
Federal Corr. Inst. 2
PO Box 1500
Butner, NC 27509