UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC LIN, CASE NO. 19-20551-CR-DIMITROULEAS

Movant,

vs.

UNITED STATES OF AMERICA,

Respondent.
_____________________________________/

**ORDER**

THIS CAUSE is before the Court on Eric Lin's *pro se* Request to Recover Seized Property [DE-46], and the Court having considered the motion and having received the Government's October 5, 2021 Response [DE-49] and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED That the Request to Recover Seized Property [DE-46] is Granted. Lin shall designate an individual in Miami to whom the property may be returned at a time and location to be determined by the Government.

The Clerk shall mail a copy of this order to Mr. Lin.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of October, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Karen E. Gilbert, AUSA

Erin Lin, Pro Se, #49523-086
Federal Corr. Inst. 2
PO Box 1500
Butner, NC 27509