TRULINCS 49523086 - LIN, ERIC - Unit: BTF-O-C

---

United States District Court
Southern District of Florida
Case No:(19-20551-CR-Dimitrouleas)
21-20101-Dimitrouleas

FROM: 49523086
TO:
SUBJECT: Motion to return property
DATE: 09/29/2021 09:24:49 AM

I'm filing a Pro Se motion seeking the return of my property by the government. The government has not sought forfeiture proceedings in my case. The Government to my knowledge has my cell phone, wallet, approximately $300 in cash, laptop, camera and possibly other items including a back pack full of Silver dollars and other US coins. I believe my cell phone has pictures of my mother in it and she is now deceased as well as other pictures that have sentimental value to me. I believe my Passport may also have been taken. As well as my 2019 Volkswagen SUV which was parked in the parking lot and was identified by the FBI they day they arrested me. The Seattle police department said my SUV had been hit and that I should come out and do some paper. When I came out the FBI with the Seattle police department arrested me.

I request the Court order the Government to return my property and provide me with an Inventory sheet of the items seized. As I did not review my Discovery, so I don't know exactly what items were taken besides those items that I had on me when FBI agents arrested me. I had my cell phone, wallet, approximately $300 in cash on me. I gave the FBI my cousin's address where I was staying at because I wanted to cooperate with Law enforcement. My cousin told me that they took my laptop and camera. But my father said it's possible other items were taken as well but that my cousin concealed this from us.

Please construe this motion as a motion 41(g) for the return of property seized by the Government.

It should be noted that criminal proceedings have terminated in my case. A 2255 habeas was filed but it has been denied on the merits. I made an attempt to reopen my habeas on 9/15/21 but having read the order denying my motion to reopen habeas by the Honorable Judge Dimitrouleas I realize I have no basis for relief. Since it is obvious I have no basis for relief, my criminal proceedings should be considered terminated.

Please have the Government call my Father at 240-751-5862 ~~so it can be arranged~~ and my Father will provide an address for my property to be mailed to. I request that the Government notify me once my property has been mailed. My Father will likely move next year which is why I request the Government contact him to arrange the return of my property.

TRULINCS 49523086 - LIN, ERIC - Unit: BTF-O-C

---

FROM: 49523086
TO:
SUBJECT: Verification and Certificate of Service
DATE: 09/29/2021 09:25:33 AM

I, Eric Lin, verify under penalty of perjury, pursuant to 28 U.S.C. 1746 that the forgoing is true and correct.

Executed this 29 th day of September 2021.

Eric Lin
Eric Lin, Pro Se
#49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

---

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of ~~the foregoing memorandum brief in support of a~~ A Motion ~~to reopen my original Habeas Corpus 2255 motion~~ to Return property has been mailed, first class postage prepaid, on this 29 th day of September,2021, to opposing counsel, Assistant United States Attorney, Maria Medetis, 99 N.E. 4th Street, Miami, FL 33132-2111

A copy of this Motion to return property has been mailed to AUSA Ms. Medetis.

Name: Eric Lin Number: 49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
1 OCT 2021 PM 3 L

FOREVER / USA

Judge Dimitrouleas
United States District Court
Office of the Clerk
299 East Broward Boulevard, Room 108
Ft. Lauderdale, Florida 33301

33301-197799

**FEDERAL CORRECTIONAL INST. #2**
**P.O. BOX 1500**
**BUTNER, NORTH CAROLINA 27509**

**DATE:** 10.5.21

**"SPECIAL/LEGAL MAIL"**

**The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been** neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosed to the above address.