FILED BY ___ D.C.
FEB 07 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

Case No. 19-20551-CR-Dimitrouleas

Dear Judge Dimitrouleas,

In regards to my request to recover seized property, there has been a bit of misunderstanding with the Government. They only received the first order dated October 6th of 2021 stating that I must designate someone in Miami to pick up my property. They didn't receive your subsequent order on the 8th of October 2021 that included the line "Alternatively at the Government's option they may mail the items to LiN's father. Perhaps the Government never received a copy of this order because it was [DE-51] denied as moot. The AUSA Ms. Karen E. Gilbert sent a email to my father stating the FBI are not comfortable mailing my property because they only have a copy of the first Court order which doesn't state that mailing is an option. I have attached a copy of the message AUSA Gilbert sent my father along with a copy of the first court order. Could your Honor please

inform the Government that you had issued an Order on the 8th of October that authorized the mailing of my property. My father is 66 years old and we have no friends or relatives in Miami that can be designated to retrieve my property. I have also written a letter to Ms. Gilbert informing her your Honor issued a subsequent order authorizing mailing as an option. Could your Honor mail me something once this issue is resolved.

Yours truly,

Eric Lin
1-24-21

3:08

< 4 Messages
Address fo... ∧ ∨

# Karen Gilbert

To: Jo... & 1 more >
Yesterday

Hello,
The Court Ordered that Eric designate someone to pick up the evidence from FBI in Miami. I have attached the Order. The agents are uncomfortable in mailing the items. We are trying to figure out how to accomplish this. Is there anyone local in Miami



GET YOUR PHOTOS HERE MAILMYPIX.COM 1-870-494-9590
ericlin49523086pfOE

3:09

Done 051123894...  

Case 1:19-cr-20551-WPD   Document 50   Entered on FLSD Docket 10/06/2021   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ERIC LIN,                        CASE NO. 19-20551-CR-DIMITROULEAS

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent
_____/

## ORDER

THIS CAUSE is before the Court on Eric Lin's *pro se* Request to Recover Seized Property [DE-46], and the Court having considered the motion and having received the Government's October 5, 2021 Response [DE-49] and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED That the Request to Recover Seized Property [DE-46] is Granted. Lin shall designate an individual in Miami to whom the property may be returned, at a time and location to be determined by the Government.

The Clerk shall mail a copy of this order to Mr. Lin.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of October, 2021.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Case 1:19-cr-20551-WPD   Document 50   Entered on FLSD Docket 10/06/2021   Page 2 of 2

Copies furnished to:

Karen E. Gilbert, AUSA

Eric Lin, Pro Se #49523-086
Federal Corr. Inst. 2
PO Box 1500
Butner, NC 27509

GET YOUR PHOTOS HERE MAILMYPIX.COM 1-870-494-9590
ericlin49523086Hebn



RALEIGH NC 275
Research Triangle Region
3 FEB 2022  PM 3  L

Name: Eric LiN    Number: 49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

United States District Court
Southern District of Florida
Office of the Clerk; To Judge Dimitrouleas
299 East Broward Boulevard Rm 108
Ft. Lauderdale, Florida 33301

33301-197759