UNITED STATES DISTRICT COURT
SOUTHRN DISTRICT OF FLORIDA

ERIC LIN,

CASE NO. 19-20551-CR-DIMITROULEAS

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____________________________________/

**ORDER**

THIS CAUSE is before the Court on Eric Lin's Motion to Require Government to Mail Seized Property to Defendant's father [DE-54], and the Court having considered the motion and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is Denied. The Court allowed the property to be mailed at the Government's option. Apparently, they have declined the option of mailing the property to defendant's father. The Clerk shall mail a copy of this order to the defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of February, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Eric Lin, #49523-086
Federal Corr. Inst. 2
PO Box 1500
Butner, NC 27509