UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE
CLERK OF COURT

APPEALS SECTION
305-523-5080

TO: COUNSEL OF RECORD/APPELLANT

DATE: 3/8/2022

IN RE: District Court No: 19-CR-20551-WPD

Style: UNITED STATES OF AMERICA v. ERIC LIN

**ORDERING AND DESIGNATION OF REPORTER'S TRANSCRIPTS [Pursuant to FRAP 10(b)]**

This will acknowledge the Notice of Appeal filed in the above case which has been transmitted to the Eleventh Circuit Court of Appeals in Atlanta, GA.

**WITHIN FOURTEEN (14) DAYS** from the date of the Notice of Appeal being filed, the appellant must complete the attached *Transcript Information Form (TIF)*, **REGARDLESS OF WHETHER TRANSCRIPTS ARE BEING ORDERED OR NOT**. The *TIF* must be completed and mailed to the District Court Clerk at 400 N. Miami Avenue, Room 8N09, Miami, FL 33128-7716, **ATTN: COURT REPORTER COORDINATOR** in the attached envelope.

**COMPLETE THE SECTION REQUESTING TRANSCRIPTS ONLY WHEN REQUESTING TRANSCRIPTS OF HEARINGS WHICH TOOK PLACE IN THE DISTRICT COURT**. Arrangements for payment must be made with the court reporter within ten (10) days of the request.

**Counsel appointed pursuant to the Criminal Justice Act must complete a CJA 24**, *Authorization and Voucher for Payment of Transcript*, attach it to this form and forward them to the **COURT REPORTER COORDINATOR** at the above mentioned address. These forms are available at the Intake Section of the Clerk's Office.

If opposing counsel wishes to file a supplemental designation of a transcript, **you must file a motion to supplement the record with the Court of Appeals in Atlanta**. If granted, a supplemental *TIF* must be prepared and forwarded to the court reporter. The District Court **cannot** file a late designation without an order from the Court of Appeals. The court reporter **cannot** accept any further designations for the purpose of appeal other than the appellant's original unless the Court of Appeals has granted permission.

The **CERTIFICATE OF READINESS OF THE RECORD ON APPEAL** will be transmitted upon the filing of the court reporter's transcript or upon notice that a transcript will NOT be ordered.

If you have any questions, please contact the Court Reporter Coordinator at 305-523-5635.

Sincerely,
Angela E. Noble, Clerk of Court

By: A. Perez
Deputy Clerk

attachment

☑ 400 North Miami Avenue, Room 8N09, Miami, FL 33128-7716, 305-523-5100
☐ 299 E. Broward Boulevard, Ft. Lauderdale, FL 33301, 954-769-5400
☐ 701 Clematis Street, West Palm Beach, FL 33401, 561-803-3400
☐ 301 Simonton Street, Rm 130, Key West, FL 33040, 305-296-4947
☐ 300 South 6th Street, Ft. Pierce, FL 34950, 561-595-9691

Reset Print Save

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM

***Provide all required information and check the appropriate box(es)***

## PART I. Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant must complete this section and file this form with the District Court Clerk and the Court of Appeals Clerk for all cases. 11th Cir. R. 10-1.*

Short Case Style:______________________________ vs ______________________________

District Court No.:______________________________ Date Notice of Appeal Filed:______________________________

Court of Appeals No. (if available):____________________

☐ No hearing ☐ No transcript is required for appeal purposes ☐ All necessary transcript(s) already on file

☐ I am ordering a transcript of the following proceedings:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☐ Other | | | |

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ Criminal Justice Act: My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided **only if specifically authorized** in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:______________________________

Address: ______________________________

E-mail: ______________________________ Phone No.: ____________________

**I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date:____________ Signature:______________________________Attorney for:____________________

## PART II. Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received:____________________

☐ Satisfactory arrangements for paying the cost of the transcript were made on:____________________

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:__________ Estimated no. of transcript pages:__________ Estimated filing date:__________

Date:____________ Signature:______________________________ Phone No.:____________________

## PART III. Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date):____________________

Date:____________ Signature:______________________________

FILED BY AP D.C.
Mar 4, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

United States Court of Appeals
for the 11th Circuit

Eric Lin
Plaintiff/Appellant

U.S. COURT OF APPEALS
RECEIVED
CLERK
MAR 04 2022
ATLANTA, GA

Case no. 19-20551-CR-Dimitrouleas

REC'D BY AP D.C.
Mar 7, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

vs.

United States of America
Defendant

I am filing an appeal pro se of the denial of my motion to require the Government to mail my seized property to my father. I request to proceed in Forma Pauperis. I am indigent in that I was represented by a Public Defender. Though I have around one hundred dollars in my commissary account the process of taking it out and mailing it to this Court would take months, due to the glacial speed that such requests get processed. If necessary I can arrange for my father to mail a check. However I beg the Court to let me proceed in Forma Pauperis as this would greatly speed the adminstration of justice.

I believe that U.S. District Judge William P. Dimitrouleas abused his discretion when he denied my motion to require the Government to mail my seized property to my father. According to United States v. Chambers (3rd Cir 1999) property must be returned once criminal proceedings have concluded if the seized property is not contraband or subject to forfeiture. The property that was seized from me was not contraband or subject to forfeiture. Nor has the Government ever filed a motion for forfeiture. As far as I know there is no legal basis under federal law for forfeiture of my seized property as my property was not obtained through drug dealing or any other type of criminal enterprise.