UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-20551-CR-DIMITROULEAS

ERIC LIN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.
_____________________/

**ORDER GRANTING APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS FOR FILING FEES ONLY**

THIS CAUSE is before the Court upon Eric Lin's *pro se* Notice of Appeal, wherein Lin requests to proceed in Forma Pauperis. [DE 58]. The Court has carefully considered the Request and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Request [DE 58] is hereby **GRANTED in part,** as to filing fees only.
2. The Clerk is **DIRECTED** to mail a copy of this Order to Eric Lin at the address below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of March, 2022.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

cc:
Eric Lin, *pro se*
49523-086
Federal Correctional Institution
PO Box 1500
Butner, NC 27509

Counsel of record

11th Circuit Clerk