U.S. District Court Case No. 19-20551-CR-Dimitrouleas
Southern District of Florida

To the Clerk of the Courts,

I am filing a notice of appeal regarding Judge Dimitrouleas's order denying my motion to Require the Government Mail Seized Property to Defendant's father. I intend to appeal this denial at the Court of Appeals for the 11th Circuit.

My name is Eric LiN. My federal inmate number is 49523-086. Please send me a copy of the Docket Sheet to confirm receipt of this notice.

FILED BY ____ D.C.
MAR 16 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1500
BUTNER, NORTH
DATE: 2-25-22
"S... LEGAL MAIL"

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened or inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosed to the above address.

Name: Eric Lin Number: 49523-086
Federal Correctional Institution 2
P.O. Box 1500
Butner, NC 27509

RALEIGH NC 275
Research Triangle Region
28 FEB 2022 PM 3 L

To the Clerk of the Court
United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

33128-771699