1

United States District Court
Southern District of Florida

FILED BY NA D.C.
AUG 27 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES OF AMERICA
Plaintiff,

VS

CASE NO: 19-CR-20551-FAM
Judge William P. Dimitrouleas

Eric Lin
Defendant

Comes Now the Defendant Eric Lin Pro Se requesting this Court's permission to travel outside the Southern District of Florida for a period of time exceeding 30 days. I have obtained permission from my probation officer to visit my father in Maryland from August 28th to September 28th. I request that time be extended by 30 to 60 days or whatever is the longest

period the Court would grant. I've already visited Maryland a few times for one month periods with my probation officer's approval with no incidents. I am requesting a longer period of visitation because of financial difficulties in paying rent in Florida and the fact I have no family, friends or support down here. My probation officer can reach me anytime by calling my dad's phone while in Maryland. Please mail this to my Maryland address as it's the only residential address I can receive mail at. Just to clarify I'm not currently ~~at~~ my Maryland address I'm just using it for mailing.

Eric Lin Pro Se
13023 Ebenezer Chapel Dr
Clarksburg, MD 20871
8/22/24
Signature Eric Lin

By allowing me to visit my father a couple times a year for a period of 2 to 3 months would resolve ~~all~~ my problems with Rent money down in Florida.
My father is helping me with Rent but he's retired now so his finances are limited.

# Certificate of Service

I hereby certify a copy of this document has been mailed to the US Attorneys Office at U.S. Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

by placing it postage prepaid in the US Postal Service on the 22nd of August 2024.

Eric Lin
13023 Ebenezer Chapel Dr
Clarksburg, MD 20871




U.S. Marshal Servi[illegible]
Contents X-RAYED
Post 1

To: The Clerk of The Court
U.S. Federal Building and Courthouse
299 East Broward Boulevard #108
Fort Lauderdale, FL 33301