UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 19-20551-CR-DIMITROULEAS

Plaintiff,

vs.

ERIC LIN,

Defendant.
_______________________________________/

**O R D E R**

THIS CAUSE is before the Court on Defendant Lin's *pro se* Motion to Travel [DE-64] and the Court having considered the motion and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court defers ruling for five (5) days to await a response from the Government. The Clerk shall mail a copy of this order to the Defendant

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Karen Gilbert AUSA

Eric Lin
13023 Ebenezer Chapel Drive
Clarksburg, MD 20871