UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **19-20551-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA**

v.

**ERIC LIN,**

    **Defendant.**
_____/

**UNITED STATES' RESPONSE TO DEFENDANT'S *PRO SE* MOTION TO TRAVEL**

The United States of America, by and through the undersigned Assistant United States Attorney hereby files this response to Defendant Eric Lin's *Pro Se* Motion to Travel [D.E. 64]. After consultation with Defendant's U.S. Probation Officer and for the reasons detailed below, the United States respectfully requests that Defendant's motion to travel to Maryland be denied.

On August 27, 2024, Defendant filed a motion indicating that U.S. Probation had approved his travel to the District of Maryland for the period of August 28, 2024, through September 28, 2024. In his motion Defendant asks this Court for permission to extend Defendant's travel to Maryland "by 30 to 60 days or whatever is the longest period the court would grant." *See* D.E. 64 at 1-2.

After consulting with Defendant's Probation Officer, undersigned learned the following: Defendant was released from the custody of the Bureau of Prisons in May 2023. Prior to his release from custody, Defendant submitted a pre-release plan to U.S. Probation requesting that his supervision be transferred to the District of Maryland and that he be permitted to reside with his father. In May 2023, U.S. Probation denied that request on the grounds that Defendant's father

purportedly possessed a firearm in his (the father's) residence.  That same month, Defendant, for unknown reasons, withdrew his request to transfer supervision to the District of Maryland.

Sometime thereafter, Defendant's father advised Defendant's Probation Officer that he (the father) had removed the firearm from his residence.  A physical inspection of the father's residence in Maryland has not been conducted to verify that the firearm was in fact removed.

The United States is mindful of the Defendant's desire to live with his father in Maryland to alleviate his financial difficulties; however, the United States is hesitant to agree with this request on the grounds that the Defendant may be in the presence of a firearm while residing with his father and because Defendant would be without any supervision while in Maryland. Accordingly, the United States objects to any travel by the Defendant outside the District, including the 30 days approved by Probation unless: (1) there is verification by U.S. Probation in the District of Maryland that there are indeed no firearms in the father's residence and (2) the District of Maryland agrees to supervise Defendant for whatever period of time he is permitted to travel to Maryland.

U.S. Probation has advised that it can submit a request to the District of Maryland to have Defendant's supervision transferred to the District of Maryland for whatever extended period of time that Defendant will be there.  However, that request could take approximately 30 days to be processed and considered.

**CONCLUSION**

For the reasons explained herein, the United States opposes Defendant's request to travel to the District of Maryland for an extended period of time until U.S. Probation has verified that no firearms exist in the father's residence and the District of Maryland agrees to supervise Defendant.

Respectfully submitted,
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Maria K. Medetis
MARIA K. MEDETIS
Assistant United States Attorney
Florida Bar No. 1012329
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9020
Email: maria.medetis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was uploaded onto the Court's CM/ECF system and delivered by United States Certified Mail this 29th day of August 2024, to *Pro Se* Defendant Eric Lin, 13023 Ebenezer Chapel Drive, Clarksburg, MD 20871.

*/s/ Maria K. Medetis*
Assistant United States Attorney
