UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 19-20551-CR-DIMITROULEAS

Plaintiff,

vs.

ERIC LIN,

Defendant.
_______________________________________/

**O R D E R**

THIS CAUSE is before the Court on Defendant Lin's *pro se* Motion to Travel [DE-64] and the Court having considered the motion and the Government's August 29, 2024 response [DE-66], and being advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Court agrees with the Government's response. The Court denies the request, without prejudice to his seeking a transfer from the probation office of his supervised release to Maryland, as suggested in the Government's response.

The Clerk shall mail a copy of this order to the Defendant

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Maria Medetis, AUSA

Eric Lin
13023 Ebenezer Chapel Drive
Clarksburg, MD 20871