FILED BY_____BM_____D.C.

**Mar 25, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

ERIC LIN,

        Defendant.

Case No. 3:25-mj-70332 MAG

Charging District's Case No.
1:19-CR-20551-WPD-1

### COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of Florida.

The defendant may need an interpreter for this language: None.

    The defendant:      ( ) will retain an attorney.

                        (X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:**  The United States Marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant.  The Marshal or officer of the charging district should immediately notify the United States Attorney and the Clerk for that district of the defendant's arrival so that further proceedings may be promptly scheduled.  The Clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 3/24/25

Sallie Kim

SALLIE KIM
United States Magistrate Judge

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 4 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE**<br>**MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Lopez | | REPORTER/DIGITAL RECORDING:<br>10:55-10:59 | |
| MAGISTRATE JUDGE<br>Sallie Kim | | DATE<br>3/24/2025 | | NEW CASE<br>☐ | CASE NUMBER<br>25-mj-70332-MAG |

## APPEARANCES

| DEFENDANT<br>Eric Lin | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Taylor Fatherree | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Daniel Kassabian | | INTERPRETER<br>N/A | | ☒ FIN. AFFT<br>SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER<br>Robert Abalos | | PRETRIAL SERVICES OFFICER | | DEF ELIGIBLE FOR ☒<br>APPT'D COUNSEL | PARTIAL PAYMENT<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| | | | | | |
|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Held - Rule 5 | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS<br>☐ TRIAL SET | |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ IA REV PROB. or<br>or S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT<br>HEARING | |

## INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☒ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |
| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |

ORDER REMOVED TO THE DISTRICT OF  Southern Florida

## PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO: | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☐ STATUS re: |
| BEFORE HON. | ☐ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

## ADDITIONAL PROCEEDINGS

USMS to transport defendant to Southern District of Florida. The Court signed the transport order 3/24/2025.

DOCUMENT NUMBER:

CLOSED

# U.S. District Court
# California Northern District (San Francisco)
# CRIMINAL DOCKET FOR CASE #: 3:25-mj-70332-MAG-1

Case title: USA v. Lin

Date Filed: 03/24/2025

Date Terminated: 03/24/2025

Assigned to: Magistrate Judge

**Defendant (1)**

**Eric Lin**
*TERMINATED: 03/24/2025*

represented by **Taylor R. Fatherree**
Office of the Federal Public Defender
Northern District of California
450 Golden Gate Ave., 19th FL
Rm. 19-6884
San Francisco, CA 94102
415-436-7700
Email: taylor_fatherree@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                    **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                 **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                        **Disposition**

18:3583 Supervised Release Violation

**Plaintiff**

**USA**                                      represented by   **Daniel N. Kassabian**
                                                             DOJ-USAO
                                                             United States Attorney's Office
                                                             Northern District of California
                                                             Phillip Burton Federal Building, 11th Floor
                                                             450 Golden Gate Avenue, Box 36055
                                                             San Francisco, CA 94102
                                                             415-436-7034
                                                             Email: daniel.kassabian@usdoj.gov
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/24/2025 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Eric Lin (1). (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025) |
| 03/24/2025 | 2 | Sealed Document. No NEF issued; not served by CSA. (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025) |
| 03/24/2025 | | Attorney update in case as to Eric Lin. Attorney Daniel N. Kassabian for USA added. (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025) |
| 03/24/2025 | 3 | **COMMITMENT TO ANOTHER DISTRICT as to Eric Lin. Defendant committed to District of Southern District Florida. Signed by Magistrate Judge Sallie Kim on 3/24/2025. (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025)** |
| 03/24/2025 | 4 | Minute Entry for proceedings held before Magistrate Judge Sallie Kim: Initial Appearance as to Eric Lin held on 3/24/2025; remanded to custody. USMS to transport defendant to Southern District of Florida. Recording Time 10:55-10:59. (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025) |
| 03/24/2025 | 5 | NOTICE OF CRIMINAL CASE TRANSFER. <br><br> Case transfer from California Northern to Southern District Florida of a Rule 5, Rule 32, or Rule 40 Appearance as to Eric Lin. Public transfer documents are accessible and can be retrieved by your court via PACER. Under seal or otherwise restricted documents will be emailed directly. Please send acknowledgement of receipt, including the case number, to InterDistrictTransfer_CAND@cand.uscourts.gov <br> *If you wish to designate a different email address for future transfers, send your request to the national list host at InterDistrictTransfer_TXND@txnd.uscourts.gov.* Receiving district notified via email. (lsk, COURT STAFF) (Filed on 3/24/2025) (Entered: 03/24/2025) |