**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE No. 19-20551-CR-Dimitrouleas**

**UNITED STATES OF AMERICA,**

**v.**

**ERIC LIN,**

**Defendant.**
_______________________________________/

## NOTICE OF REASSIGNMENT

Undersigned counsel hereby files this Notice of Reassignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, AUSAs Jonathan Kobrinski, Karen E. Gilbert, and Maria K. Medetis, are no longer counsel of record for the United States in this matter.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: */s/ Marc S. Anton*
Marc S. Anton
Assistant United States Attorney
Southern District of Florida
Florida Bar No. 0148369
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Tel: (954) 356-7255
Fax: (305) 536-4675
E-mail: marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2025, the undersigned electronically filed the foregoing Notice of Reassignment, with the Clerk of the Court using CM/ECF.

*/s/ Marc S. Anton*
Marc S. Anton
Assistant United States Attorney