# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D** Date: 5/9/2025 Time: 11:00 a.m.

Defendant: Erin Lin (J) J#: ______ Case #: 19-cr-20551-WPD

AUSA: James Ustynoski for Marc Stuart Anton Attorney: ______

Violation: REVOCATION OF SUPERVISED RELEASE

Proceeding: Initial Appearance/Revocation CJA Appt: ______

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: ______

Bond Set at: ______ Co-signed by: ______

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: English

Disposition:

Per USMS, Defendant is still in transit from the arresting District and will be in the SDFL by May 12, 2025. Court resets Initial Appearance.

**NEXT COURT APPEARANCE** **Date:** **Time:** **Judge:** **Place:**

Report RE Counsel: ______

PTD/Bond Hearing: ______

Prelim/Arraign or Removal: ______

Status Conference RE: **Initial Appearance** 5/16/2025 at 11:00am FTL DUTY

D.A.R. 11:14:34 Time in Court: 5 minutes

**CHECK IF APPLICABLE: _____For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ______, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..**