UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20551-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ERIC LIN,

Defendant.
_______________________________/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

By: s/ *Robert N. Berube*
Branch Supervisor
Assistant Federal Public Defender
Florida Bar No. 304247
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Robert_Berube@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on May 16, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Robert N. Berube*, BSAFPD