UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CR-20551-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC LIN,

    Defendant.
_____/

## DETENTION ORDER

Defendant Eric Lin appeared before the Court on May 16, 2025, for an initial appearance regarding alleged violations of conditions of supervised release. Assistant United States Attorney Lawrence LaVecchio appeared on behalf of the Government. Assistant Federal Public Defender Timothy Day appeared on behalf of Defendant, who was present.

A Magistrate Judge may release or detain a person charged with violating supervised release under the provisions of 18 U.S.C. § 3143(a)(1). Fed. R. Crim. P. 32.1(a)(6). "The burden of establishing by clear and convincing evidence that the person will not flee or pose a danger to any other person or to the community rests with the person." *Id.*

With the advice of counsel, Defendant knowingly and voluntarily waived his right to a detention hearing at this time and stipulated to detention. Consequently, no detention hearing was held, no evidence was presented, no witnesses were called, and no bond was given. The Court accepted Defendant's stipulation to detention.

Accordingly, it is hereby **ORDERED** that Defendant Eric Linn be remanded to the custody of the United States Marshals. The Court directs that he be afforded reasonable opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 21st day of May, 2025.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE