Copy of 2241 motion

FILED BY ABM D.C.
JUL 11 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

To the Honorable William P Dimitrouleas,

I would like to proceed Pro-Se in filing a 2241 or 2255 motion in regards to pre-sentence time spent in custody not credited to me. I was recently given a release date of 8/23/25 by the FBOP. This date does not reflect the days I spent in San Francisco county jail before the US Marshals picked me up. I'm not entirely certain but I believe the date of my arrest was 3/18/25 so my release date should be 8/18/25. What I am certain of is that I'm missing a few days time credit to my sentence.

Could you please have the US Marshals or whoever the appropriate person is verify the exact date of my arrest and incarceration in San Fransisco. I was ~~Spefica~~ Specifically arrested and detained for having an active warrant for VOP on my previous federal charges 19-20551-CR-Dimitrouleas. I did not face any state charges.

I request to proceed in forma pauperis in this matter, Please note I have a public defender. I request to be released on Bond by 8/18/25 if I'm still in FBOP custody and the correct sentence has not been calculated

Eric Lin 49523-086

Signed Eric Lin 7/2[illegible]/25

# Certificate of Service

I certify that on July 2nd 2025 a copy of my habeas motion was mailed to Maria Medetis AUSA in the Miami office at United States Attorney's Office at 99 NE 4th Street, Miami, FL 33132.

Signed Eric Lin 7/2/25

Eric Lin #49523-086
FDC Miami
P.O. Box 019120
Miami, FL 33101-9120

MIAMI FL 330
9 JUL 2025 PM 2 L

FOREVER

Legal mail

To the Clerk of the Court
United States Courthouse
299 East Broward Boulevard Room 108
Fort Lauderdale, FL 33301

33301-197799

The enclosed letter processed through special mailing
Procedure for forwarding to you. The letter has neither been
Opened nor inspected. If the writer raises a question or problem
Over which this facility has jurisdiction, you may wish to return
The material for further information or clarification. If the writer
Encloses correspondence for forwarding to another address, please
Return the enclosed to the following address:
FEDERAL DETENTION CENTER
PO BOX 019120
MIAMI, FL 33101 DATE: 07-09-25