UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA, CASE NO. 19-20551-CR-DIMITROULEAS

Plaintiff,

vs.

ERIC LIN,

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE having come before the Court on the Defendant's *pro se* unsworn July 2, 2025 letter[1] requesting credit for time served [DE-85]. The decision on credit for time served is initially up to the Bureau of Prisons. *U.S. v. Alexander*, 609 F. 3d 1250, 1259 (11th Cir. 2010), *cert. denied*, 563 U.S. 905 (2011). The authority of a district court to modify an imprisonment sentence is narrowly limited by statute. *U.S. v. Phillips*, 597 F. 3d 1190, 1194-95 (11th Cir. 2010). Defendant has not shown that he has exhausted administrative remedies.

It is therefore,

ORDERED AND ADJUDGED that said Motion [DE-85] is Dismissed. The Request for release on bond {de-85-1] is Dismissed. The Clerk shall mail a copy of this order to the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of July, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

[1] The Defendant's letter was postmarked July 9, 2025, but was never received by the Court, but it was forwarded to the Court by the prosecutor.

Copies furnished to:

Eric Lin, #49523-086
FDC Inmate Mail
PO Box 01920
Miami, FL 33101-9120

Counsel of Record

Marc Anton AUSA